# DILKS & KNOPIK, LLC

"When Success Matters"

November 25, 2015



United State Bankruptcy Court
Southern District of Texas
Attn: Intake
PO Box 61010
Houston, TX 77208

Re: Application for the Release of Unclaimed Funds:
    Case No: 08-36252-H1-13
    Amount: $5,429.67
    Debtor: Carolyn Frances Grimble
    Creditor: Rooms To Go

To whom it may concern:

I am writing to inquire about the status of an application that was filed with the court on 08/28/2015. The application was filed by Dilks & Knopik, LLC, on behalf of GE Capital Retail Bank, for the recovery of unclaimed funds held in the amount of $5,429.67.

We have not received payment or any other correspondence from the court regarding this application. I am hoping you can provide the status of this application.

Thank you for taking to the time to review this inquiry. You may indicate the status of this application via e-mail at andrew.drake@dilksknopik.com or by phone at (877) 836-5728 x 123. If you need additional information or have specific questions regarding this application, please contact Andrew Drake soon as possible. Thanks again for your time.

Sincerely,

Pam Dilks
Account Manager

35308 SE center Street
Snoqualmie, WA 98065

Phone  (425) 836-5728
Fax     (877) 209-8249
Email  admin@dilksknopik.com

www.dilksknopik.com